Case 1:04-cr-10297-RWZ    Document 8-2    Filed 05/06/2005    Page 1 of 19

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| October 22, 1998 | ATM-Withdrawal | $100.00 |
| October 24, 1998 | ATM-Withdrawal | $101.00 |
| November 3, 1998 | ATM-Withdrawal | $200.00 |
| November 7, 1998 | ATM-Withdrawal | $200.00 |
| November 12, 1998 | ATM-Withdrawal | $300.00 |
| November 13, 1998 | ATM-Withdrawal | $200.00 |
| November 26, 1998 | ATM-Withdrawal | $200.00 |
| December 2, 1998 | ATM-Withdrawal | $100.00 |
| December 8, 1998 | ATM-Withdrawal | $100.00 |
| December 10, 1998 | ATM-Withdrawal | $100.00 |
| December 11, 1998 | ATM-Withdrawal | $100.00 |
| December 14, 1998 | ATM-Withdrawal | $100.00 |
| December 16, 1998 | ATM-Withdrawal | $100.00 |
| December 18, 1998 | ATM-Withdrawal | $250.00 |
| December 19, 1998 | ATM-Withdrawal | $100.00 |
| December 22, 1998 | ATM-Withdrawal | $200.00 |
| December 25, 1998 | ATM-Withdrawal | $200.00 |
| December 26, 1998 | ATM-Withdrawal | $200.00 |
| December 31, 1998 | ATM-Withdrawal | $100.00 |
| January 2, 1999 | ATM-Withdrawal | $100.00 |
| January 2, 1999 | ATM-Withdrawal | $100.00 |
| January 8, 1999 | ATM-Withdrawal | $100.00 |
| January 11, 1999 | ATM-Withdrawal | $100.00 |
| January 13, 1999 | ATM-Withdrawal | $100.00 |
| January 16, 1999 | ATM-Withdrawal | $200.00 |
| January 21, 1999 | ATM-Withdrawal | $100.00 |
| January 25, 1999 | ATM-Withdrawal | $100.00 |
| January 30, 1999 | ATM-Withdrawal | $50.00 |
| February 6, 1999 | ATM-Withdrawal | $101.00 |
| February 6, 1999 | ATM-Withdrawal | $30.00 |
| February 11, 1999 | ATM-Withdrawal | $50.00 |
| February 13, 1999 | ATM-Withdrawal | $70.00 |
| February 16, 1999 | ATM-Withdrawal | $41.00 |
| February 17, 1999 | ATM-Withdrawal | $60.75 |
| February 19, 1999 | ATM-Withdrawal | $70.00 |
| February 22, 1999 | ATM-Withdrawal | $50.00 |
| February 25, 1999 | ATM-Withdrawal | $101.00 |
| February 27, 1999 | ATM-Withdrawal | $70.00 |
| March 3, 1999 | ATM-Withdrawal | $100.75 |
| March 6, 1999 | ATM-Withdrawal | $100.00 |
| March 9, 1999 | ATM-Withdrawal | $70.00 |
| March 12, 1999 | ATM-Withdrawal | $100.00 |
| March 15, 1999 | ATM-Withdrawal | $50.00 |
| March 20, 1999 | ATM-Withdrawal | $101.00 |
| March 20, 1999 | ATM-Withdrawal | $120.00 |
| March 22, 1999 | ATM-Withdrawal | $30.00 |
| March 24, 1999 | ATM-Withdrawal | $100.00 |
| March 25, 1999 | ATM-Withdrawal | $141.00 |
| March 26, 1999 | ATM-Withdrawal | $101.00 |
| March 27, 1999 | ATM-Withdrawal | $50.00 |
| March 31, 1999 | ATM-Withdrawal | $100.00 |
| April 2, 1999 | ATM-Withdrawal | $100.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
| --- | --- | --- |
| April 8, 1999 | ATM-Withdrawal | $101.00 |
| April 10, 1999 | ATM-Withdrawal | $50.00 |
| April 13, 1999 | ATM-Withdrawal | $100.00 |
| April 16, 1999 | ATM-Withdrawal | $101.00 |
| April 22, 1999 | ATM-Withdrawal | $101.00 |
| April 23, 1999 | ATM-Withdrawal | $100.00 |
| April 27, 1999 | ATM-Withdrawal | $100.00 |
| April 29, 1999 | ATM-Withdrawal | $101.00 |
| May 1, 1999 | ATM-Withdrawal | $100.00 |
| May 6, 1999 | ATM-Withdrawal | $101.00 |
| May 7, 1999 | ATM-Withdrawal | $101.00 |
| May 8, 1999 | ATM-Withdrawal | $100.00 |
| May 13, 1999 | ATM-Withdrawal | $201.00 |
| May 14, 1999 | ATM-Withdrawal | $100.00 |
| May 17, 1999 | ATM-Withdrawal | $100.00 |
| May 21, 1999 | ATM-Withdrawal | $100.00 |
| May 24, 1999 | ATM-Withdrawal | $50.00 |
| May 26, 1999 | ATM-Withdrawal | $100.00 |
| May 28, 1999 | ATM-Withdrawal | $200.00 |
| June 4, 1999 | ATM-Withdrawal | $101.00 |
| June 4, 1999 | ATM-Withdrawal | $50.00 |
| June 5, 1999 | ATM-Withdrawal | $101.00 |
| June 10, 1999 | ATM-Withdrawal | $201.00 |
| June 12, 1999 | ATM-Withdrawal | $100.00 |
| June 16, 1999 | ATM-Withdrawal | $100.00 |
| June 17, 1999 | ATM-Withdrawal | $50.00 |
| June 18, 1999 | ATM-Withdrawal | $101.00 |
| June 18, 1999 | ATM-Withdrawal | $61.00 |
| June 19, 1999 | ATM-Withdrawal | $100.00 |
| June 25, 1999 | ATM-Withdrawal | $100.00 |
| June 25, 1999 | ATM-Withdrawal | $40.00 |
| June 25, 1999 | ATM-Withdrawal | $50.00 |
| June 29, 1999 | ATM-Withdrawal | $30.00 |
| July 1, 1999 | ATM-Withdrawal | $100.00 |
| July 2, 1999 | ATM-Withdrawal | $100.00 |
| July 2, 1999 | ATM-Withdrawal | $100.00 |
| July 3, 1999 | ATM-Withdrawal | $50.00 |
| July 9, 1999 | ATM-Withdrawal | $200.00 |
| July 13, 1999 | ATM-Withdrawal | $100.00 |
| July 15, 1999 | ATM-Withdrawal | $100.00 |
| July 16, 1999 | ATM-Withdrawal | $100.00 |
| July 17, 1999 | ATM-Withdrawal | $100.00 |
| July 19, 1999 | ATM-Withdrawal | $50.00 |
| July 22, 1999 | ATM-Withdrawal | $100.00 |
| July 24, 1999 | ATM-Withdrawal | $50.00 |
| July 27, 1999 | ATM-Withdrawal | $100.00 |
| July 31, 1999 | ATM-Withdrawal | $100.00 |
| August 6, 1999 | ATM-Withdrawal | $100.00 |
| August 9, 1999 | ATM-Withdrawal | $100.00 |
| August 12, 1999 | ATM-Withdrawal | $101.00 |
| August 14, 1999 | ATM-Withdrawal | $100.00 |
| August 20, 1999 | ATM-Withdrawal | $200.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| August 21, 1999 | ATM-Withdrawal | $100.00 |
| August 24, 1999 | ATM-Withdrawal | $100.00 |
| August 25, 1999 | ATM-Withdrawal | $50.00 |
| August 28, 1999 | ATM-Withdrawal | $100.00 |
| August 31, 1999 | ATM-Withdrawal | $101.00 |
| September 3, 1999 | ATM-Withdrawal | $101.00 |
| October 30, 1999 | ATM-Withdrawal | $50.00 |
| November 2, 1999 | ATM-Withdrawal | $100.00 |
| November 4, 1999 | ATM-Withdrawal | $100.00 |
| November 5, 1999 | ATM-Withdrawal | $50.00 |
| November 8, 1999 | ATM-Withdrawal | $100.00 |
| November 11, 1999 | ATM-Withdrawal | $101.00 |
| November 12, 1999 | ATM-Withdrawal | $50.00 |
| November 13, 1999 | ATM-Withdrawal | $100.75 |
| November 19, 1999 | ATM-Withdrawal | $100.00 |
| November 20, 1999 | ATM-Withdrawal | $50.00 |
| November 20, 1999 | ATM-Withdrawal | $100.00 |
| December 1, 1999 | ATM-Withdrawal | $100.00 |
| December 2, 1999 | ATM-Withdrawal | $100.00 |
| December 6, 1999 | ATM-Withdrawal | $100.00 |
| December 7, 1999 | ATM-Withdrawal | $100.00 |
| December 11, 1999 | ATM-Withdrawal | $200.00 |
| December 17, 1999 | ATM-Withdrawal | $100.00 |
| December 20, 1999 | ATM-Withdrawal | $200.00 |
| December 23, 1999 | ATM-Withdrawal | $200.00 |
| December 27, 1999 | ATM-Withdrawal | $50.00 |
| January 3, 2000 | ATM-Withdrawal | $101.00 |
| January 8, 2000 | ATM-Withdrawal | $100.00 |
| January 8, 2000 | ATM-Withdrawal | $50.00 |
| January 13, 2000 | ATM-Withdrawal | $100.00 |
| January 15, 2000 | ATM-Withdrawal | $100.00 |
| January 18, 2000 | ATM-Withdrawal | $100.00 |
| February 1, 2000 | ATM-Withdrawal | $100.00 |
| February 5, 2000 | ATM-Withdrawal | $100.00 |
| February 9, 2000 | ATM-Withdrawal | $100.00 |
| February 10, 2000 | ATM-Withdrawal | $100.75 |
| February 10, 2000 | ATM-Withdrawal | $100.00 |
| February 19, 2000 | ATM-Withdrawal | $50.00 |
| February 26, 2000 | ATM-Withdrawal | $100.00 |
| March 3, 2000 | ATM-Withdrawal | $100.00 |
| March 4, 2000 | ATM-Withdrawal | $50.00 |
| March 10, 2000 | ATM-Withdrawal | $100.00 |
| March 11, 2000 | ATM-Withdrawal | $100.75 |
| March 11, 2000 | ATM-Withdrawal | $50.00 |
| March 13, 2000 | ATM-Withdrawal | $101.00 |
| March 20, 2000 | ATM-Withdrawal | $50.00 |
| March 22, 2000 | ATM-Withdrawal | $100.00 |
| March 24, 2000 | ATM-Withdrawal | $100.00 |
| March 25, 2000 | ATM-Withdrawal | $100.00 |
| March 31, 2000 | ATM-Withdrawal | $100.00 |
| April 4, 2000 | ATM-Withdrawal | $100.00 |
| April 12, 2000 | ATM-Withdrawal | $100.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| April 14, 2000 | ATM-Withdrawal | $201.00 |
| April 17, 2000 | ATM-Withdrawal | $100.00 |
| April 20, 2000 | ATM-Withdrawal | $100.00 |
| April 28, 2000 | ATM-Withdrawal | $20.00 |
| May 8, 2000 | ATM-Withdrawal | $50.00 |
| May 10, 2000 | ATM-Withdrawal | $100.00 |
| May 18, 2000 | ATM-Withdrawal | $100.75 |
| May 20, 2000 | ATM-Withdrawal | $100.00 |
| May 23, 2000 | ATM-Withdrawal | $70.00 |
| May 27, 2000 | ATM-Withdrawal | $100.00 |
| May 31, 2000 | ATM-Withdrawal | $100.00 |
| May 31, 2000 | ATM-Withdrawal | $154.56 |
| June 6, 2000 | ATM-Withdrawal | $100.00 |
| June 9, 2000 | ATM-Withdrawal | $200.00 |
| June 13, 2000 | ATM-Withdrawal | $200.00 |
| June 17, 2000 | ATM-Withdrawal | $100.00 |
| June 29, 2000 | ATM-Withdrawal | $200.00 |
| July 1, 2000 | ATM-Withdrawal | $100.00 |
| July 7, 2000 | ATM-Withdrawal | $200.00 |
| July 8, 2000 | ATM-Withdrawal | $100.00 |
| July 13, 2000 | ATM-Withdrawal | $100.00 |
| July 15, 2000 | ATM-Withdrawal | $100.00 |
| July 22, 2000 | ATM-Withdrawal | $200.00 |
| July 25, 2000 | ATM-Withdrawal | $50.00 |
| July 28, 2000 | ATM-Withdrawal | $50.00 |
| July 29, 2000 | ATM-Withdrawal | $100.00 |
| August 4, 2000 | ATM-Withdrawal | $101.00 |
| August 5, 2000 | ATM-Withdrawal | $100.00 |
| August 11, 2000 | ATM-Withdrawal | $50.00 |
| August 19, 2000 | ATM-Withdrawal | $50.00 |
| August 22, 2000 | ATM-Withdrawal | $50.00 |
| August 25, 2000 | ATM - Withdrawal | $200.00 |
| September 2, 2000 | ATM-Withdrawal | $50.00 |
| September 2, 2000 | ATM - Withdrawal | $100.00 |
| September 2, 2000 | ATM - Withdrawal | $200.00 |
| September 9, 2000 | ATM-Withdrawal | $50.00 |
| September 9, 2000 | ATM - Withdrawal | $100.00 |
| September 16, 2000 | ATM-Withdrawal | $50.00 |
| September 22, 2000 | ATM - Withdrawal | $100.00 |
| September 23, 2000 | ATM - Withdrawal | $200.00 |
| September 29, 2000 | ATM - Withdrawal | $100.00 |
| September 30, 2000 | ATM-Withdrawal | $50.00 |
| September 30, 2000 | ATM - Withdrawal | $100.00 |
| October 3, 2000 | ATM - Withdrawal | $100.00 |
| October 6, 2000 | ATM - Withdrawal | $100.00 |
| October 13, 2000 | ATM - Withdrawal | $201.00 |
| October 14, 2000 | ATM - Withdrawal | $50.00 |
| October 18, 2000 | ATM - Withdrawal | $100.00 |
| October 21, 2000 | ATM-Withdrawal | $50.00 |
| October 21, 2000 | ATM - Withdrawal | $100.00 |
| October 23, 2000 | ATM - Withdrawal | $200.00 |
| October 26, 2000 | ATM-Withdrawal | $100.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| October 26, 2000 | ATM - Withdrawal | $100.00 |
| October 30, 2000 | ATM - Withdrawal | $100.00 |
| November 2, 2000 | ATM - Withdrawal | $100.00 |
| November 4, 2000 | ATM - Withdrawal | $100.00 |
| November 7, 2000 | ATM-Withdrawal | $100.75 |
| November 11, 2000 | ATM - Withdrawal | $100.00 |
| November 14, 2000 | ATM - Withdrawal | $200.00 |
| November 16, 2000 | ATM - Withdrawal | $200.00 |
| November 18, 2000 | ATM - Withdrawal | $200.00 |
| November 23, 2000 | ATM-Withdrawal | $50.00 |
| November 28, 2000 | ATM - Withdrawal | $100.00 |
| December 2, 2000 | ATM - Withdrawal | $100.00 |
| December 7, 2000 | ATM - Withdrawal | $200.00 |
| December 9, 2000 | ATM - Withdrawal | $200.00 |
| December 12, 2000 | ATM - Withdrawal | $200.00 |
| December 15, 2000 | ATM - Withdrawal | $200.00 |
| December 20, 2000 | ATM - Withdrawal | $200.00 |
| December 22, 2000 | ATM - Withdrawal | $100.00 |
| January 2, 2001 | ATM - Withdrawal | $200.00 |
| January 13, 2001 | ATM-Withdrawal | $100.00 |
| January 13, 2001 | ATM - Withdrawal | $100.00 |
| January 27, 2001 | ATM - Withdrawal | $200.00 |
| February 3, 2001 | ATM-Withdrawal | $100.00 |
| February 3, 2001 | ATM - Withdrawal | $100.00 |
| February 10, 2001 | ATM - Withdrawal | $100.00 |
| February 16, 2001 | ATM - Withdrawal | $200.00 |
| February 17, 2001 | ATM - Withdrawal | $100.00 |
| February 20, 2001 | ATM - Withdrawal | $50.00 |
| February 24, 2001 | ATM - Withdrawal | $100.00 |
| February 28, 2001 | ATM - Withdrawal | $100.00 |
| March 3, 2001 | ATM - Withdrawal | $100.00 |
| March 5, 2001 | ATM - Withdrawal | $50.00 |
| March 12, 2001 | ATM - Withdrawal | $100.00 |
| March 17, 2001 | ATM-Withdrawal | $120.00 |
| March 21, 2001 | ATM - Withdrawal | $100.00 |
| March 24, 2001 | ATM - Withdrawal | $50.00 |
| March 26, 2001 | ATM - Withdrawal | $100.00 |
| April 2, 2001 | ATM - Withdrawal | $200.00 |
| April 7, 2001 | ATM - Withdrawal | $100.00 |
| April 14, 2001 | ATM-Withdrawal | $50.00 |
| April 21, 2001 | ATM - Withdrawal | $200.00 |
| April 27, 2001 | ATM - Withdrawal | $100.00 |
| April 28, 2001 | ATM - Withdrawal | $100.00 |
| May 2, 2001 | ATM - Withdrawal | $100.00 |
| May 3, 2001 | ATM - Withdrawal | $200.00 |
| May 8, 2001 | ATM - Withdrawal | $50.00 |
| May 10, 2001 | ATM - Withdrawal | $100.00 |
| May 14, 2001 | ATM - Withdrawal | $200.00 |
| May 19, 2001 | ATM - Withdrawal | $100.00 |
| May 24, 2001 | ATM-Withdrawal | $101.00 |
| May 30, 2001 | ATM - Withdrawal | $100.00 |
| June 2, 2001 | ATM-Withdrawal | $26.25 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| June 6, 2001 | ATM - Withdrawal | $100.00 |
| June 9, 2001 | ATM - Withdrawal | $100.00 |
| June 12, 2001 | ATM - Withdrawal | $100.00 |
| June 15, 2001 | ATM - Withdrawal | $100.00 |
| June 18, 2001 | ATM - Withdrawal | $60.00 |
| June 21, 2001 | ATM-Withdrawal | $101.00 |
| June 22, 2001 | ATM - Withdrawal | $100.00 |
| June 30, 2001 | ATM - Withdrawal | $100.00 |
| July 3, 2001 | ATM - Withdrawal | $100.00 |
| July 6, 2001 | ATM - Withdrawal | $50.00 |
| July 10, 2001 | ATM - Withdrawal | $100.00 |
| July 13, 2001 | ATM - Withdrawal | $100.00 |
| July 14, 2001 | ATM - Withdrawal | $100.00 |
| July 20, 2001 | ATM - Withdrawal | $100.00 |
| July 21, 2001 | ATM - Withdrawal | $100.00 |
| July 28, 2001 | ATM - Withdrawal | $100.00 |
| August 4, 2001 | ATM - Withdrawal | $100.00 |
| August 4, 2001 | ATM - Withdrawal | $100.00 |
| August 7, 2001 | ATM-Withdrawal | $50.00 |
| August 10, 2001 | ATM-Withdrawal | $20.00 |
| August 11, 2001 | ATM - Withdrawal | $100.00 |
| August 15, 2001 | ATM - Withdrawal | $100.00 |
| August 18, 2001 | ATM - Withdrawal | $50.00 |
| August 21, 2001 | ATM - Withdrawal | $100.00 |
| August 25, 2001 | ATM - Withdrawal | $100.00 |
| August 31, 2001 | ATM - Withdrawal | $100.00 |
| September 4, 2001 | ATM - Withdrawal | $100.00 |
| September 8, 2001 | ATM - Withdrawal | $100.00 |
| September 12, 2001 | ATM - Withdrawal | $100.00 |
| September 15, 2001 | ATM - Withdrawal | $100.00 |
| September 19, 2001 | ATM - Withdrawal | $50.00 |
| September 21, 2001 | ATM - Withdrawal | $100.00 |
| September 24, 2001 | ATM - Withdrawal | $100.00 |
| September 28, 2001 | ATM - Withdrawal | $100.00 |
| October 5, 2001 | ATM - Withdrawal | $100.00 |
| October 6, 2001 | ATM - Withdrawal | $100.00 |
| October 9, 2001 | ATM - Withdrawal | $100.00 |
| October 18, 2001 | ATM - Withdrawal | $100.75 |
| October 23, 2001 | ATM-Withdrawal | $50.00 |
| October 31, 2001 | ATM - Withdrawal | $100.00 |
| November 3, 2001 | ATM - Withdrawal | $100.00 |
| November 8, 2001 | ATM - Withdrawal | $100.00 |
| November 10, 2001 | ATM - Withdrawal | $100.00 |
| November 13, 2001 | ATM - Withdrawal | $100.00 |
| November 17, 2001 | ATM - Withdrawal | $200.00 |
| November 22, 2001 | ATM - Withdrawal | $200.00 |
| November 29, 2001 | ATM - Withdrawal | $300.00 |
| December 5, 2001 | ATM - Withdrawal | $100.00 |
| December 8, 2001 | ATM-Withdrawal | $30.00 |
| December 8, 2001 | ATM - Withdrawal | $100.00 |
| December 14, 2001 | ATM - Withdrawal | $200.00 |
| December 18, 2001 | ATM - Withdrawal | $100.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| December 20, 2001 | ATM - Withdrawal | $100.00 |
| December 24, 2001 | ATM - Withdrawal | $200.00 |
| December 29, 2001 | ATM - Withdrawal | $100.00 |
| January 5, 2002 | ATM - Withdrawal | $100.00 |
| January 7, 2002 | ATM - Withdrawal | $100.00 |
| January 15, 2002 | ATM - Withdrawal | $100.00 |
| January 17, 2002 | ATM-Withdrawal | $300.00 |
| January 17, 2002 | ATM-Withdrawal | $100.00 |
| January 17, 2002 | ATM - Withdrawal | $100.00 |
| January 26, 2002 | ATM - Withdrawal | $100.00 |
| January 28, 2002 | ATM-Withdrawal | $50.00 |
| February 2, 2002 | ATM-Withdrawal | $100.00 |
| February 6, 2002 | ATM-Withdrawal | $50.00 |
| February 7, 2002 | ATM - Withdrawal | $50.00 |
| February 9, 2002 | ATM - Withdrawal | $100.00 |
| February 13, 2002 | ATM - Withdrawal | $100.00 |
| February 15, 2002 | ATM - Withdrawal | $100.00 |
| February 16, 2002 | ATM - Withdrawal | $100.00 |
| February 23, 2002 | ATM - Withdrawal | $100.00 |
| March 2, 2002 | ATM - Withdrawal | $100.00 |
| March 9, 2002 | ATM-Withdrawal | $50.00 |
| March 9, 2002 | ATM - Withdrawal | $50.00 |
| March 11, 2002 | ATM - Withdrawal | $50.00 |
| March 16, 2002 | ATM-Withdrawal | $50.00 |
| March 18, 2002 | ATM - Withdrawal | $100.00 |
| March 25, 2002 | ATM - Withdrawal | $100.00 |
| March 29, 2002 | ATM - Withdrawal | $100.00 |
| March 30, 2002 | ATM - Withdrawal | $100.00 |
| March 30, 2002 | ATM - Withdrawal | $50.00 |
| April 6, 2002 | ATM - Withdrawal | $100.00 |
| April 9, 2002 | ATM-Withdrawal | $50.00 |
| April 16, 2002 | ATM - Withdrawal | $100.00 |
| April 20, 2002 | ATM - Withdrawal | $100.00 |
| April 23, 2002 | ATM - Withdrawal | $100.00 |
| April 27, 2002 | ATM - Withdrawal | $100.00 |
| May 2, 2002 | ATM - Withdrawal | $100.00 |
| May 4, 2002 | ATM - Withdrawal | $100.00 |
| May 8, 2002 | ATM - Withdrawal | $100.00 |
| May 11, 2002 | ATM - Withdrawal | $50.00 |
| May 11, 2002 | ATM - Withdrawal | $100.00 |
| May 17, 2002 | ATM - Withdrawal | $100.00 |
| May 18, 2002 | ATM - Withdrawal | $100.00 |
| May 20, 2002 | ATM - Withdrawal | $500.00 |
| May 20, 2002 | ATM - Withdrawal | $100.00 |
| May 28, 2002 | ATM - Withdrawal | $100.00 |
| June 1, 2002 | ATM - Withdrawal | $200.00 |
| June 8, 2002 | ATM - Withdrawal | $100.00 |
| June 15, 2002 | ATM - Withdrawal | $100.00 |
| June 22, 2002 | ATM - Withdrawal | $101.00 |
| July 6, 2002 | ATM - Withdrawal | $100.00 |
| July 27, 2002 | ATM-Withdrawal | $100.00 |
| August 2, 2002 | ATM - Withdrawal | $100.00 |
| August 5, 2002 | ATM - Withdrawal | $100.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | Amount |
|---|---|---|
| August 6, 2002 | ATM - Withdrawal | $100.00 |
| August 14, 2002 | ATM-Withdrawal | $100.00 |
| August 17, 2002 | ATM-Withdrawal | $100.00 |
| August 19, 2002 | ATM-Withdrawal | $50.00 |
| August 24, 2002 | ATM-Withdrawal | $101.00 |
| August 31, 2002 | ATM-Withdrawal | $50.00 |
| September 7, 2002 | ATM-Withdrawal | $100.00 |
| September 11, 2002 | ATM-Withdrawal | $100.00 |
| September 13, 2002 | ATM-Withdrawal | $101.00 |
| September 14, 2002 | ATM-Withdrawal | $100.00 |
| September 21, 2002 | ATM-Withdrawal | $100.00 |
| September 25, 2002 | ATM-Withdrawal | $100.00 |
| October 11, 2002 | ATM-Withdrawal | $100.00 |
| October 17, 2002 | ATM-Withdrawal | $100.00 |
| October 19, 2002 | ATM-Withdrawal | $100.00 |
| October 25, 2002 | ATM-Withdrawal | $100.00 |
| October 29, 2002 | ATM-Withdrawal | $100.00 |
| November 2, 2002 | ATM-Withdrawal | $101.00 |
| November 4, 2002 | ATM-Withdrawal | $100.00 |
| November 6, 2002 | ATM-Withdrawal | $100.00 |
| November 12, 2002 | ATM-Withdrawal | $100.00 |
| November 15, 2002 | ATM-Withdrawal | $150.00 |
| November 16, 2002 | ATM-Withdrawal | $100.00 |
| November 19, 2002 | ATM-Withdrawal | $100.00 |
| November 23, 2002 | ATM-Withdrawal | $100.00 |
| November 23, 2002 | ATM-Withdrawal | $100.00 |
| November 27, 2002 | ATM-Withdrawal | $100.00 |
| November 30, 2002 | ATM-Withdrawal | $100.00 |
| December 2, 2002 | ATM-Withdrawal | $100.00 |
| December 7, 2002 | ATM-Withdrawal | $100.00 |
| December 11, 2002 | ATM-Withdrawal | $200.00 |
| December 12, 2002 | ATM-Withdrawal | $200.00 |
| December 17, 2002 | ATM-Withdrawal | $100.00 |
| December 24, 2002 | ATM-Withdrawal | $100.00 |
| December 28, 2002 | ATM-Withdrawal | $100.00 |
| January 11, 2003 | ATM-Withdrawal | $100.00 |
| January 14, 2003 | ATM-Withdrawal | $61.00 |
| January 18, 2003 | ATM-Withdrawal | $100.00 |
| January 25, 2003 | ATM-Withdrawal | $100.00 |
| February 1, 2003 | ATM-Withdrawal | $100.00 |
| February 1, 2003 | ATM-Withdrawal | $100.00 |
| February 6, 2003 | ATM-Withdrawal | $100.00 |
| February 15, 2003 | ATM-Withdrawal | $100.00 |
| | | **$43,081.81** |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| October 13, 1998 | POS Share Withdrawal | 764 Chief Justice Cushing | $93.42 |
| November 21, 1998 | POS Share Withdrawal | 764 Chief Justice Cushing | $94.12 |
| November 28, 1998 | POS Share Withdrawal | | $48.68 |
| July 17, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $15.01 |
| July 23, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $38.65 |
| July 28, 1999 | POS Share Withdrawal | Church & Oak St | $13.25 |
| August 2, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $31.98 |
| August 7, 1999 | POS Share Withdrawal | Church & Oak St | $15.00 |
| August 9, 1999 | POS Share Withdrawal | Osco Drug | $33.61 |
| August 13, 1999 | POS Share Withdrawal | Church & Oak St | $15.50 |
| August 19, 1999 | POS Share Withdrawal | Church & Oak St | $13.25 |
| August 24, 1999 | POS Share Withdrawal | Church & Oak St | $12.00 |
| August 27, 1999 | POS Share Withdrawal | Church & Oak St | $13.80 |
| August 27, 1999 | POS Share Withdrawal | Osco Drug | $54.91 |
| August 30, 1999 | POS Share Withdrawal | Church & Oak St | $12.00 |
| October 25, 1999 | POS Share Withdrawal | Stop & Shop | $34.68 |
| October 26, 1999 | POS Share Withdrawal | Church & Oak St | $13.45 |
| October 31, 1999 | POS Share Withdrawal | 100 Front St | $29.30 |
| November 1, 1999 | POS Share Withdrawal | Church & Oak St | $8.75 |
| November 1, 1999 | POS Share Withdrawal | Osco Drug | $54.49 |
| November 4, 1999 | POS Share Withdrawal | Osco Drug | $64.61 |
| November 12, 1999 | POS Share Withdrawal | Church & Oak St | $16.00 |
| November 16, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $49.88 |
| November 17, 1999 | POS Share Withdrawal | Church & Oak St | $17.00 |
| November 20, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $55.79 |
| November 22, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $23.52 |
| November 24, 1999 | POS Share Withdrawal | Church & Oak St | $15.00 |
| November 24, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $22.64 |
| November 25, 1999 | POS Share Withdrawal | 790 Justice Cushing | $39.01 |
| November 26, 1999 | POS Share Withdrawal | Church & Oak St | $15.00 |
| November 26, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $28.60 |
| November 29, 1999 | POS Share Withdrawal | Church & Oak St | $14.00 |
| December 1, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $23.75 |
| December 4, 1999 | POS Share Withdrawal | 100 Front St | $18.31 |
| December 6, 1999 | POS Share Withdrawal | Church & Oak St | $17.75 |
| December 6, 1999 | POS Share Withdrawal | Webster Sq Snow Rd | $25.54 |
| December 10, 1999 | POS Share Withdrawal | 208 Church St | $17.85 |
| December 11, 1999 | POS Share Withdrawal | Osco Drug | $25.64 |
| December 18, 1999 | POS Share Withdrawal | Mashpee Circle Rt 1 | $17.19 |
| December 22, 1999 | POS Share Withdrawal | Church & Oak St | $13.00 |
| December 29, 1999 | POS Share Withdrawal | Stop & Shop | $36.54 |
| December 31, 1999 | POS Share Withdrawal | Church & Oak St | $13.00 |
| January 3, 2000 | POS Share Withdrawal | Stop & Shop | $20.42 |
| January 3, 2000 | POS Share Withdrawal | Webster Sq Snow Rd | $49.66 |
| January 10, 2000 | POS Share Withdrawal | 790 Justice Cushing | $24.07 |
| January 13, 2000 | POS Share Withdrawal | 208 Church St | $15.01 |
| January 14, 2000 | POS Share Withdrawal | 767 Cushing Hwy | $45.18 |
| January 18, 2000 | POS Share Withdrawal | Church & Oak St | $13.50 |
| January 24, 2000 | POS Share Withdrawal | Webster Sq Snow Rd | $43.56 |
| January 29, 2000 | POS Share Withdrawal | Church & Oak St | $15.60 |
| February 5, 2000 | POS Share Withdrawal | Osco Drug | $24.38 |
| February 7, 2000 | POS Share Withdrawal | Church & Oak St | $16.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| February 8, 2000 | POS Share Withdrawal | Osco Drug | $26.83 |
| February 8, 2000 | POS Share Withdrawal | Webster Sq Snow Rd | $25.12 |
| February 12, 2000 | POS Share Withdrawal | Church & Oak St | $15.50 |
| February 28, 2000 | POS Share Withdrawal | Church & Oak St | $18.00 |
| March 3, 2000 | POS Share Withdrawal | Church & Oak St | $15.00 |
| March 7, 2000 | POS Share Withdrawal | Church & Oak St | $17.00 |
| March 13, 2000 | POS Share Withdrawal | Church & Oak St | $16.00 |
| March 18, 2000 | POS Share Withdrawal | Church & Oak St | $18.00 |
| March 25, 2000 | POS Share Withdrawal | Osco Drug | $18.51 |
| March 27, 2000 | POS Share Withdrawal | Church & Oak St | $10.00 |
| March 28, 2000 | POS Share Withdrawal | Church & Oak St | $18.00 |
| April 3, 2000 | POS Share Withdrawal | Church & Oak St | $16.01 |
| April 4, 2000 | POS Share Withdrawal | 768 East Glenn Ave | $33.91 |
| April 6, 2000 | POS Share Withdrawal | 768 East Glenn Ave | $45.98 |
| April 14, 2000 | POS Share Withdrawal | Church & Oak St | $20.00 |
| April 17, 2000 | POS Share Withdrawal | 768 East Glenn Ave | $89.80 |
| April 20, 2000 | POS Share Withdrawal | Church & Oak St | $19.50 |
| April 20, 2000 | POS Share Withdrawal | Osco Drug | $36.45 |
| April 26, 2000 | POS Share Withdrawal | 208 Church St | $16.01 |
| April 29, 2000 | POS Share Withdrawal | 768 East Glenn Ave | $35.27 |
| May 2, 2000 | POS Share Withdrawal | Church & Oak St | $18.00 |
| May 11, 2000 | POS Share Withdrawal | 208 Church St | $18.80 |
| May 13, 2000 | POS Share Withdrawal | 141 Front St | $15.00 |
| May 13, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $35.02 |
| May 16, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $57.46 |
| May 20, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $21.00 |
| May 20, 2000 | POS Share Withdrawal | Church & Oak St | $19.01 |
| May 23, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $47.43 |
| May 26, 2000 | POS Share Withdrawal | 208 Church St | $18.00 |
| May 31, 2000 | POS Share Withdrawal | 2148 Ocean St | $15.00 |
| June 2, 2000 | POS Share Withdrawal | 2148 Ocean St | $19.00 |
| June 6, 2000 | POS Share Withdrawal | 208 Church St | $14.30 |
| June 9, 2000 | POS Share Withdrawal | 208 Church St | $17.50 |
| June 17, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $16.75 |
| June 17, 2000 | POS Share Withdrawal | 243 Church St | $19.00 |
| June 22, 2000 | POS Share Withdrawal | 208 Church St | $20.00 |
| June 26, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $40.54 |
| June 26, 2000 | POS Share Withdrawal | Osco Drug | $20.97 |
| June 27, 2000 | POS Share Withdrawal | Church & Oak St | $19.15 |
| June 30, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $41.57 |
| June 30, 2000 | POS Share Withdrawal | 243 Church St | $16.00 |
| July 6, 2000 | POS Share Withdrawal | 208 Church St | $18.75 |
| July 8, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $87.35 |
| July 8, 2000 | POS Share Withdrawal | 243 Church St | $21.02 |
| July 13, 2000 | POS Share Withdrawal | Ames | $36.36 |
| July 14, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $43.76 |
| July 14, 2000 | POS Share Withdrawal | 208 Church St | $18.73 |
| July 19, 2000 | POS Share Withdrawal | Church & Oak St | $19.00 |
| July 21, 2000 | POS Share Withdrawal | Osco Drug | $17.38 |
| July 24, 2000 | POS Share Withdrawal | 208 Church St | $19.00 |
| July 27, 2000 | POS Share Withdrawal | 208 Church St | $16.50 |
| July 29, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $44.22 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| August 1, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $29.75 |
| August 2, 2000 | POS Share Withdrawal | 208 Church St | $20.65 |
| August 5, 2000 | POS Share Withdrawal | Osco Drug | $33.40 |
| August 8, 2000 | POS Share Withdrawal | 243 Church St | $22.00 |
| August 12, 2000 | POS Share Withdrawal | Church & Oak St | $19.00 |
| August 15, 2000 | POS Share Withdrawal | 208 Church St | $15.80 |
| August 15, 2000 | POS Share Withdrawal | Osco Drug | $23.38 |
| August 21, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $56.31 |
| August 21, 2000 | POS Share Withdrawal | 208 Church St | $21.00 |
| August 25, 2000 | POS Share Withdrawal | 1271 Washington St | $123.63 |
| August 26, 2000 | POS Share Withdrawal | Church & Oak St | $21.00 |
| August 28, 2000 | POS Share Withdrawal | 500 Chief Justice Cushing | $38.15 |
| September 1, 2000 | POS Share Withdrawal | | $21.00 |
| September 6, 2000 | POS Share Withdrawal | 208 Church St | $17.00 |
| September 9, 2000 | POS Share Withdrawal | 243 Church St | $22.00 |
| September 16, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $57.14 |
| September 20, 2000 | POS Share Withdrawal | 208 Church St | $20.01 |
| September 22, 2000 | POS Share Withdrawal | Osco Drug | $24.27 |
| September 25, 2000 | POS Share Withdrawal | Church & Oak St | $19.25 |
| September 29, 2000 | POS Share Withdrawal | 208 Church St | $21.00 |
| September 30, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $25.00 |
| October 3, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $133.74 |
| October 4, 2000 | POS Share Withdrawal | 208 Church St | $20.30 |
| October 10, 2000 | POS Share Withdrawal | 208 Church St | $21.00 |
| October 18, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $35.89 |
| October 18, 2000 | POS Share Withdrawal | 208 Church St | $20.51 |
| October 18, 2000 | POS Share Withdrawal | Osco Drug | $33.67 |
| October 21, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $51.04 |
| October 21, 2000 | POS Share Withdrawal | Ames | $19.32 |
| October 23, 2000 | POS Share Withdrawal | 208 Church St | $17.01 |
| October 25, 2000 | POS Share Withdrawal | Church & Oak St | $17.00 |
| October 31, 2000 | POS Share Withdrawal | 208 Church St | $10.50 |
| November 3, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $49.89 |
| November 3, 2000 | POS Share Withdrawal | 208 Church St | $15.50 |
| November 9, 2000 | POS Share Withdrawal | 243 Church St | $21.00 |
| November 13, 2000 | POS Share Withdrawal | Ames | $41.99 |
| November 15, 2000 | POS Share Withdrawal | Stop & Shop | $7.14 |
| November 16, 2000 | POS Share Withdrawal | 208 Church St | $20.25 |
| November 20, 2000 | POS Share Withdrawal | 208 Church St | $18.26 |
| November 25, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $40.58 |
| November 28, 2000 | POS Share Withdrawal | 208 Church St | $13.50 |
| December 1, 2000 | POS Share Withdrawal | 208 Church St | $16.01 |
| December 2, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $25.63 |
| December 5, 2000 | POS Share Withdrawal | 208 Church St | $12.25 |
| December 7, 2000 | POS Share Withdrawal | Osco Drug | $56.78 |
| December 9, 2000 | POS Share Withdrawal | 500 Chief Justice Cushing | $35.23 |
| December 12, 2000 | POS Share Withdrawal | 208 Church St | $13.00 |
| December 12, 2000 | POS Share Withdrawal | Osco Drug | $34.82 |
| December 14, 2000 | POS Share Withdrawal | Osco Drug | $38.85 |
| December 21, 2000 | POS Share Withdrawal | Church & Oak St | $20.30 |
| December 23, 2000 | POS Share Withdrawal | 208 Church St | $16.50 |
| December 26, 2000 | POS Share Withdrawal | 1874 Ocean Rd | $24.33 |

NICOLE BARTLETT  
MARSHFIELD, MA 02050  
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS  
BANK STATEMENT ACTIVITY SUMMARY  
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| December 31, 2000 | POS Share Withdrawal | Osco Drug | $27.76 |
| January 2, 2001 | POS Share Withdrawal | Church & Oak St | $14.00 |
| January 2, 2001 | POS Share Withdrawal | Osco Drug | $37.40 |
| January 6, 2001 | POS Share Withdrawal | 216 Ocean St | $23.25 |
| January 12, 2001 | POS Share Withdrawal | 243 Church St | $21.45 |
| January 12, 2001 | POS Share Withdrawal | Osco Drug | $12.99 |
| January 13, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $45.17 |
| January 13, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $35.64 |
| January 25, 2001 | POS Share Withdrawal | 243 Church St | $21.00 |
| January 27, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $122.22 |
| January 29, 2001 | POS Share Withdrawal | 243 Church St | $26.25 |
| January 30, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $73.28 |
| February 2, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $19.52 |
| February 2, 2001 | POS Share Withdrawal | Church & Oak St | $26.50 |
| February 2, 2001 | POS Share Withdrawal | Osco Drug | $58.34 |
| February 8, 2001 | POS Share Withdrawal | 243 Church St | $26.60 |
| February 9, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $18.50 |
| February 14, 2001 | POS Share Withdrawal | 243 Church St | $19.25 |
| February 16, 2001 | POS Share Withdrawal | Osco Drug | $49.25 |
| February 20, 2001 | POS Share Withdrawal | 243 Church St | $22.60 |
| February 24, 2001 | POS Share Withdrawal | Church & Oak St | $20.00 |
| February 26, 2001 | POS Share Withdrawal | 790 Justice Cushing | $49.09 |
| March 1, 2001 | POS Share Withdrawal | 243 Church St | $25.00 |
| March 1, 2001 | POS Share Withdrawal | Cuna Mutual | $45.00 |
| March 3, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $36.07 |
| March 3, 2001 | POS Share Withdrawal | 243 Church St | $14.00 |
| March 8, 2001 | POS Share Withdrawal | 243 Church St | $16.00 |
| March 12, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $96.75 |
| March 12, 2001 | POS Share Withdrawal | 243 Church St | $20.50 |
| March 15, 2001 | POS Share Withdrawal | 243 Church St | $20.60 |
| March 19, 2001 | POS Share Withdrawal | Church & Oak St | $21.00 |
| March 22, 2001 | POS Share Withdrawal | 243 Church St | $17.50 |
| March 26, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $39.89 |
| March 26, 2001 | POS Share Withdrawal | 243 Church St | $17.00 |
| March 29, 2001 | POS Share Withdrawal | 208 Church St | $20.30 |
| April 2, 2001 | POS Share Withdrawal | 243 Church St | $25.00 |
| April 4, 2001 | POS Share Withdrawal | 1900 Ocean St | $28.69 |
| April 6, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $57.46 |
| April 7, 2001 | POS Share Withdrawal | 1900 Ocean St | $14.68 |
| April 7, 2001 | POS Share Withdrawal | Church & Oak St | $25.00 |
| April 14, 2001 | POS Share Withdrawal | Church & Oak St | $20.00 |
| April 16, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $19.09 |
| April 16, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $29.33 |
| April 16, 2001 | POS Share Withdrawal | 2126 Ocean St | $27.00 |
| April 21, 2001 | POS Share Withdrawal | Church & Oak St | $21.25 |
| April 25, 2001 | POS Share Withdrawal | Stop & Shop | $9.37 |
| April 26, 2001 | POS Share Withdrawal | 243 Church St | $28.00 |
| April 27, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $20.87 |
| May 3, 2001 | POS Share Withdrawal | 243 Church St | $26.00 |
| May 7, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $106.97 |
| May 8, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $35.85 |
| May 10, 2001 | POS Share Withdrawal | 243 Church St | $29.00 |

NICOLE BARTLETT  
MARSHFIELD, MA 02050  
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS  
BANK STATEMENT ACTIVITY SUMMARY  
OCTOBER 1998 - MARCH 2003  

| Date | Description | | Amount |
|---|---|---|---|
| May 11, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $46.57 |
| May 12, 2001 | POS Share Withdrawal | 767 Cushing Hwy | $45.71 |
| May 14, 2001 | POS Share Withdrawal | Church & Oak St | $20.00 |
| May 18, 2001 | POS Share Withdrawal | Ames | $21.75 |
| May 19, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $44.82 |
| May 19, 2001 | POS Share Withdrawal | Church & Oak St | $30.00 |
| May 25, 2001 | POS Share Withdrawal | 243 Church St | $29.00 |
| May 29, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $76.44 |
| May 31, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $46.28 |
| May 31, 2001 | POS Share Withdrawal | 243 Church St | $30.00 |
| June 8, 2001 | POS Share Withdrawal | 243 Church St | $30.50 |
| June 13, 2001 | POS Share Withdrawal | 243 Church St | $30.00 |
| June 14, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $40.67 |
| June 16, 2001 | POS Share Withdrawal | 790 Justice Cushing Way | $23.75 |
| June 18, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $26.48 |
| June 18, 2001 | POS Share Withdrawal | 85 Chief Justice Cushing | $20.00 |
| June 19, 2001 | POS Share Withdrawal | Church & Oak St | $28.50 |
| June 23, 2001 | POS Share Withdrawal | Stop & Shop | $22.79 |
| June 25, 2001 | POS Share Withdrawal | Church & Oak St | $29.00 |
| June 25, 2001 | POS Share Withdrawal | That Blooming Place | $31.49 |
| June 29, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $45.89 |
| June 29, 2001 | POS Share Withdrawal | Church & Oak St | $27.00 |
| June 30, 2001 | POS Share Withdrawal | 85 Chief Justice Cushing | $62.99 |
| June 30, 2001 | POS Share Withdrawal | That Blooming Place | $64.02 |
| July 3, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $52.08 |
| July 6, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $62.37 |
| July 6, 2001 | POS Share Withdrawal | Church & Oak St | $27.75 |
| July 12, 2001 | POS Share Withdrawal | 208 Church St | $27.00 |
| July 13, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $34.74 |
| July 13, 2001 | POS Share Withdrawal | 1900 Ocean St | $31.17 |
| July 17, 2001 | POS Share Withdrawal | 243 Church St | $20.30 |
| July 19, 2001 | POS Share Withdrawal | 250 Granite St | $52.50 |
| July 21, 2001 | POS Share Withdrawal | | $21.00 |
| July 23, 2001 | POS Share Withdrawal | 119 Main St | $141.67 |
| July 25, 2001 | POS Share Withdrawal | Church & Oak St | $18.75 |
| July 28, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $36.03 |
| July 28, 2001 | POS Share Withdrawal | 250 Granite St | $26.25 |
| July 31, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $42.12 |
| August 4, 2001 | POS Share Withdrawal | 243 Church St | $26.00 |
| August 6, 2001 | POS Share Withdrawal | Church & Oak St | $22.00 |
| August 11, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $16.68 |
| August 15, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $30.81 |
| August 16, 2001 | POS Share Withdrawal | 250 Granite St | $64.50 |
| August 16, 2001 | POS Share Withdrawal | 250 Granite St | $71.99 |
| August 17, 2001 | POS Share Withdrawal | Church & Oak St | $25.00 |
| August 18, 2001 | POS Share Withdrawal | 767 Cushing Hwy | $89.54 |
| August 20, 2001 | POS Share Withdrawal | 85 Chief Justice Cushing | $11.53 |
| August 23, 2001 | POS Share Withdrawal | S Artery Coddington | $20.00 |
| August 24, 2001 | POS Share Withdrawal | Church & Oak St | $22.50 |
| August 25, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $11.31 |
| August 25, 2001 | POS Share Withdrawal | 767 Cushing Hwy | $20.67 |
| August 30, 2001 | POS Share Withdrawal | 243 Church St | $23.00 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| August 31, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $45.41 |
| August 31, 2001 | POS Share Withdrawal | 1900 Ocean St | $25.95 |
| September 8, 2001 | POS Share Withdrawal | 790 Justice Cushing Way | $58.58 |
| September 14, 2001 | POS Share Withdrawal | 208 Church St | $27.00 |
| September 17, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $40.86 |
| September 17, 2001 | POS Share Withdrawal | 243 Church St | $9.00 |
| September 17, 2001 | POS Share Withdrawal | 250 Granite St | $52.50 |
| September 24, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $21.29 |
| September 24, 2001 | POS Share Withdrawal | Church & Oak St | $21.00 |
| September 29, 2001 | POS Share Withdrawal | 1900 Ocean St | $21.91 |
| September 29, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $91.88 |
| October 4, 2001 | POS Share Withdrawal | Church & Oak St | $25.00 |
| October 4, 2001 | POS Share Withdrawal | Stop & Shop | $15.15 |
| October 9, 2001 | POS Share Withdrawal | 243 Church St | $18.50 |
| October 12, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $30.14 |
| October 13, 2001 | POS Share Withdrawal | 208 Church St | $23.00 |
| October 15, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $7.94 |
| October 15, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $14.33 |
| October 15, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $69.67 |
| October 15, 2001 | POS Share Withdrawal | 208 Church St | $11.00 |
| October 15, 2001 | POS Share Withdrawal | 250 Granite St | $26.25 |
| October 18, 2001 | POS Share Withdrawal | 117 Old Church St | $17.84 |
| October 20, 2001 | POS Share Withdrawal | 208 Church St | $19.25 |
| October 20, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $135.51 |
| October 20, 2001 | POS Share Withdrawal | Stop & Shop | $26.92 |
| October 22, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $59.21 |
| October 22, 2001 | POS Share Withdrawal | Marshalls | $15.98 |
| October 23, 2001 | POS Share Withdrawal | Marshalls | $44.94 |
| October 27, 2001 | POS Share Withdrawal | Church & Oak St | $23.75 |
| November 2, 2001 | POS Share Withdrawal | 208 Church St | $20.00 |
| November 3, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $58.61 |
| November 3, 2001 | POS Share Withdrawal | Stop & Shop | $18.51 |
| November 6, 2001 | POS Share Withdrawal | 2053 Washington St | $117.85 |
| November 8, 2001 | POS Share Withdrawal | 243 Church St | $19.47 |
| November 10, 2001 | POS Share Withdrawal | 1900 Ocean St | $134.17 |
| November 10, 2001 | POS Share Withdrawal | Marshalls | $50.17 |
| November 13, 2001 | POS Share Withdrawal | 243 Church St | $9.20 |
| November 13, 2001 | POS Share Withdrawal | 250 Granite St | $42.00 |
| November 16, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $35.14 |
| November 16, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $41.50 |
| November 16, 2001 | POS Share Withdrawal | 767 Cushing Hwy | $49.80 |
| November 17, 2001 | POS Share Withdrawal | Decathalon | $27.27 |
| November 17, 2001 | POS Share Withdrawal | Stop & Shop | $9.15 |
| November 22, 2001 | POS Share Withdrawal | 243 Church St | $15.01 |
| November 23, 2001 | POS Share Withdrawal | 18 Dover St | $44.24 |
| November 27, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $98.36 |
| November 27, 2001 | POS Share Withdrawal | 243 Church St | $12.57 |
| November 29, 2001 | POS Share Withdrawal | 1900 Ocean St | $47.69 |
| December 3, 2001 | POS Share Withdrawal | 243 Church St | $15.40 |
| December 3, 2001 | POS Share Withdrawal | 500 Chief Justice Cushing | $96.20 |
| December 4, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $60.55 |
| December 10, 2001 | POS Share Withdrawal | 208 Church St | $19.25 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| December 10, 2001 | POS Share Withdrawal | 243 Church St | $0.35 |
| December 10, 2001 | POS Share Withdrawal | 450 Washington St | $80.99 |
| December 11, 2001 | POS Share Withdrawal | 790 Justice Cushing Way | $17.24 |
| December 17, 2001 | POS Share Withdrawal | 250 Granite St | $42.00 |
| December 17, 2001 | POS Share Withdrawal | 790 Justice Cushing Way | $27.31 |
| December 18, 2001 | POS Share Withdrawal | 243 Church St | $11.50 |
| December 20, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $45.62 |
| December 24, 2001 | POS Share Withdrawal | 243 Church St | $9.00 |
| December 24, 2001 | POS Share Withdrawal | Ames | $83.98 |
| December 29, 2001 | POS Share Withdrawal | 1874 Ocean Rd | $40.04 |
| December 31, 2001 | POS Share Withdrawal | 243 Church St | $17.50 |
| December 31, 2001 | POS Share Withdrawal | Ames | $28.35 |
| January 3, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $50.36 |
| January 5, 2002 | POS Share Withdrawal | Ocean & Webster St | $19.09 |
| January 7, 2002 | POS Share Withdrawal | 243 Church St | $15.00 |
| January 12, 2002 | POS Share Withdrawal | 243 Church St | $10.00 |
| January 12, 2002 | POS Share Withdrawal | 500 Chief Justice Cushing | $96.91 |
| January 15, 2002 | POS Share Withdrawal | 243 Church St | $16.75 |
| January 22, 2002 | POS Share Withdrawal | 243 Church St | $10.80 |
| January 26, 2002 | POS Share Withdrawal | 1900 Ocean St | $91.76 |
| January 26, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| January 28, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $50.87 |
| January 29, 2002 | POS Share Withdrawal | 243 Church St | $18.00 |
| January 31, 2002 | POS Share Withdrawal | 250 Granite St | $32.00 |
| January 31, 2002 | POS Share Withdrawal | South Shore Plaza | $20.42 |
| February 5, 2002 | POS Share Withdrawal | 243 Church St | $18.00 |
| February 7, 2002 | POS Share Withdrawal | 790 Justice Cushing Way | $41.08 |
| February 8, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $23.39 |
| February 8, 2002 | POS Share Withdrawal | 790 Justice Cushing Way | $42.63 |
| February 9, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| February 11, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $9.44 |
| February 12, 2002 | POS Share Withdrawal | 243 Church St | $15.80 |
| February 19, 2002 | POS Share Withdrawal | 243 Church St | $18.50 |
| February 19, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $90.50 |
| February 23, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| February 26, 2002 | POS Share Withdrawal | 243 Church St | $18.00 |
| March 5, 2002 | POS Share Withdrawal | 243 Church St | $15.75 |
| March 8, 2002 | POS Share Withdrawal | Church & Oak St | $5.00 |
| March 11, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $58.86 |
| March 11, 2002 | POS Share Withdrawal | 2126 Ocean St | $5.00 |
| March 11, 2002 | POS Share Withdrawal | Marshalls | $100.45 |
| March 12, 2002 | POS Share Withdrawal | 243 Church St | $25.00 |
| March 16, 2002 | POS Share Withdrawal | Cape Cod Mall | $33.40 |
| March 16, 2002 | POS Share Withdrawal | Stop & Shop | $9.46 |
| March 18, 2002 | POS Share Withdrawal | 208 Church St | $23.00 |
| March 18, 2002 | POS Share Withdrawal | 250 Granite St | $26.25 |
| March 18, 2002 | POS Share Withdrawal | 250 Granite St | $56.58 |
| March 18, 2002 | POS Share Withdrawal | Marshalls | $115.48 |
| March 18, 2002 | POS Share Withdrawal | Ocean & Webster St | $69.44 |
| March 19, 2002 | POS Share Withdrawal | 243 Church St | $7.00 |
| March 25, 2002 | POS Share Withdrawal | 208 Church St | $20.00 |
| March 26, 2002 | POS Share Withdrawal | 250 Granite St | $239.99 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| March 29, 2002 | POS Share Withdrawal | 250 Granite St | $142.00 |
| March 29, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $17.67 |
| March 29, 2002 | POS Share Withdrawal | 86 South St | $27.00 |
| March 30, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| March 30, 2002 | POS Share Withdrawal | Gallen Rd @ Cranberry | $47.23 |
| April 1, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $60.63 |
| April 1, 2002 | POS Share Withdrawal | 243 Church St | $19.50 |
| April 5, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $33.36 |
| April 11, 2002 | POS Share Withdrawal | 250 Granite St | $26.25 |
| April 11, 2002 | POS Share Withdrawal | 250 Granite St | $40.95 |
| April 11, 2002 | POS Share Withdrawal | 250 Granite St | $90.83 |
| April 15, 2002 | POS Share Withdrawal | 243 Church St | $16.00 |
| April 15, 2002 | POS Share Withdrawal | Ames | $29.84 |
| April 20, 2002 | POS Share Withdrawal | Church & Oak St | $6.00 |
| April 20, 2002 | POS Share Withdrawal | Marshalls | $36.09 |
| April 20, 2002 | POS Share Withdrawal | TJMAXX | $92.52 |
| April 22, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $27.73 |
| April 22, 2002 | POS Share Withdrawal | 208 Church St | $20.00 |
| April 25, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $78.13 |
| April 27, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| May 3, 2002 | POS Share Withdrawal | 111 Snow Rd | $32.30 |
| May 3, 2002 | POS Share Withdrawal | 250 Granite St | $52.50 |
| May 3, 2002 | POS Share Withdrawal | 250 Granite St | $60.38 |
| May 6, 2002 | POS Share Withdrawal | 790 Justice Cushing Way | $27.10 |
| May 18, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $82.87 |
| May 20, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $54.28 |
| May 24, 2002 | POS Share Withdrawal | 111 Snow Rd | $50.80 |
| May 31, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $47.17 |
| June 5, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $16.49 |
| June 8, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $106.31 |
| June 11, 2002 | POS Share Withdrawal | 250 Granite St | $54.48 |
| June 15, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $104.18 |
| June 15, 2002 | POS Share Withdrawal | Kennedy's Country Garden | $25.00 |
| June 28, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $38.75 |
| June 29, 2002 | POS Share Withdrawal | 100 Front St | $58.93 |
| July 8, 2002 | POS Share Withdrawal | 500 Chief Justice Cushing | $8.74 |
| July 12, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $123.42 |
| July 13, 2002 | POS Share Withdrawal | 500 Chief Justice Cushing | $79.89 |
| July 19, 2002 | POS Share Withdrawal | Stop & Shop | $129.30 |
| July 26, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $29.57 |
| July 27, 2002 | POS Share Withdrawal | 1874 Ocean Road | $81.54 |
| July 27, 2002 | POS Share Withdrawal | Church & Oak St | $10.00 |
| July 27, 2002 | POS Share Withdrawal | Stop & Shop | $81.46 |
| August 2, 2002 | POS Share Withdrawal | 500 Chief Justice Cushing | $115.98 |
| August 8, 2002 | POS Share Withdrawal | 1874 Ocean Rd | $43.29 |
| August 10, 2002 | POS Share Withdrawal | 500 Chief Justice Cushing | $144.19 |
| August 17, 2002 | POS Share Withdrawal | 55 Columbia Rd | $147.31 |
| August 19, 2002 | POS Share Withdrawal | 1874 Ocean Road | $40.09 |
| August 19, 2002 | POS Share Withdrawal | Stop & Shop | $11.14 |
| August 23, 2002 | POS Share Withdrawal | 55 Columbia Rd | $139.79 |
| August 31, 2002 | POS Share Withdrawal | 55 Columbia Rd | $149.19 |
| September 3, 2002 | POS Share Withdrawal | Ames | $141.02 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| September 6, 2002 | POS Share Withdrawal | 250 Granite St | $68.25 |
| September 6, 2002 | POS Share Withdrawal | 55 Columbia Rd | $143.49 |
| September 6, 2002 | POS Share Withdrawal | Shaw's Plaza Rt 53 | $85.02 |
| September 9, 2002 | POS Share Withdrawal | 71 Front St | $11.60 |
| September 13, 2002 | POS Share Withdrawal | 1149 Hingham St | $49.56 |
| September 13, 2002 | POS Share Withdrawal | 1874 Ocean Road | $35.93 |
| September 14, 2002 | POS Share Withdrawal | 1874 Ocean Road | $62.79 |
| September 14, 2002 | POS Share Withdrawal | Stop & Shop | $140.61 |
| September 20, 2002 | POS Share Withdrawal | 1874 Ocean Road | $43.80 |
| September 21, 2002 | POS Share Withdrawal | Marshalls | $33.58 |
| September 21, 2002 | POS Share Withdrawal | Stop & Shop | $107.76 |
| September 23, 2002 | POS Share Withdrawal | 790 Justice Cushing Way | $47.66 |
| September 28, 2002 | POS Share Withdrawal | Stop & Shop | $51.69 |
| October 5, 2002 | POS Share Withdrawal | Marshalls | $176.84 |
| October 7, 2002 | POS Share Withdrawal | Stop & Shop | $137.62 |
| October 12, 2002 | POS Share Withdrawal | 55 Columbia Rd | $126.98 |
| October 12, 2002 | POS Share Withdrawal | That Bloomin Place | $41.98 |
| October 15, 2002 | POS Share Withdrawal | 729 Bridge St | $120.02 |
| October 16, 2002 | POS Share Withdrawal | 1149 Hingham St | $368.09 |
| October 19, 2002 | POS Share Withdrawal | 101 Independece Mall | $37.88 |
| October 19, 2002 | POS Share Withdrawal | 55 Columbia Rd | $93.27 |
| October 19, 2002 | POS Share Withdrawal | Shaw's Plaza Rt 53 | $70.28 |
| October 26, 2002 | POS Share Withdrawal | 1874 Ocean Road | $29.31 |
| October 26, 2002 | POS Share Withdrawal | 250 Granite St | $17.99 |
| October 26, 2002 | POS Share Withdrawal | Marshalls | $154.18 |
| October 28, 2002 | POS Share Withdrawal | Stop & Shop | $126.32 |
| November 1, 2002 | POS Share Withdrawal | 55 Columbia Rd | $107.17 |
| November 9, 2002 | POS Share Withdrawal | 101 Independece Mall | $28.27 |
| November 9, 2002 | POS Share Withdrawal | 548 Washington St | $207.90 |
| November 9, 2002 | POS Share Withdrawal | That Bloomin Place | $104.99 |
| November 12, 2002 | POS Share Withdrawal | 101 Independece Mall | $118.95 |
| November 12, 2002 | POS Share Withdrawal | 35 Columbia Rd | $29.59 |
| November 12, 2002 | POS Share Withdrawal | Shaw's Plaza Rt 53 | $18.92 |
| November 15, 2002 | POS Share Withdrawal | 767 Cushing Hwy | $43.53 |
| November 15, 2002 | POS Share Withdrawal | Stop & Shop | $79.55 |
| November 16, 2002 | POS Share Withdrawal | 1874 Ocean Road | $62.97 |
| November 22, 2002 | POS Share Withdrawal | 1149 Hingham St | $123.30 |
| November 22, 2002 | POS Share Withdrawal | 35 Columbia Rd | $143.81 |
| November 23, 2002 | POS Share Withdrawal | 101 Independece Mall | $125.20 |
| November 23, 2002 | POS Share Withdrawal | 250 Granite St | $49.98 |
| November 23, 2002 | POS Share Withdrawal | 250 Granite St | $67.73 |
| November 23, 2002 | POS Share Withdrawal | Gallen Rd | $98.65 |
| November 27, 2002 | POS Share Withdrawal | Stop & Shop | $31.61 |
| November 29, 2002 | POS Share Withdrawal | Kennedy's Country Garden | $114.49 |
| December 5, 2002 | POS Share Withdrawal | 1900 Ocean St | $36.91 |
| December 5, 2002 | POS Share Withdrawal | 1900 Ocean St | $124.55 |
| December 5, 2002 | POS Share Withdrawal | Stop & Shop | $36.61 |
| December 7, 2002 | POS Share Withdrawal | 35 Columbia Rd | $70.05 |
| December 9, 2002 | POS Share Withdrawal | 101 Independece Mall | $68.21 |
| December 17, 2002 | POS Share Withdrawal | 1874 Ocean Road | $144.18 |
| December 17, 2002 | POS Share Withdrawal | Stop & Shop | $86.68 |
| December 21, 2002 | POS Share Withdrawal | 250 Granite St | $90.93 |

NICOLE BARTLETT
MARSHFIELD, MA 02050
ROCKLAND FEDERAL CREDIT UNION - ALL ACCOUNTS
BANK STATEMENT ACTIVITY SUMMARY
OCTOBER 1998 - MARCH 2003

| Date | Description | | Amount |
|---|---|---|---|
| December 24, 2002 | POS Share Withdrawal | 243 Church St | $22.55 |
| December 28, 2002 | POS Share Withdrawal | 1900 Ocean St | $62.96 |
| December 28, 2002 | POS Share Withdrawal | Kennedy's Country Garden | $192.32 |
| December 28, 2002 | POS Share Withdrawal | Stop & Shop | $33.59 |
| December 31, 2002 | POS Share Withdrawal | 35 Columbia Rd | $38.76 |
| January 3, 2003 | POS Share Withdrawal | 1149 Hingham St | $50.76 |
| January 3, 2003 | POS Share Withdrawal | Decathlon | $83.63 |
| January 4, 2003 | POS Share Withdrawal | Stop & Shop | $55.67 |
| January 11, 2003 | POS Share Withdrawal | 101 Independece Mall | $51.56 |
| January 21, 2003 | POS Share Withdrawal | 1874 Ocean Road | $23.75 |
| January 21, 2003 | POS Share Withdrawal | 1874 Ocean Road | $93.00 |
| January 21, 2003 | POS Share Withdrawal | 35 Columbia Rd | $91.56 |
| January 25, 2003 | POS Share Withdrawal | 35 Columbia Rd | $76.51 |
| January 31, 2003 | POS Share Withdrawal | 250 Granite St | $42.00 |
| February 1, 2003 | POS Share Withdrawal | 35 Columbia Rd | $73.29 |
| February 8, 2003 | POS Share Withdrawal | 35 Columbia Rd | $140.66 |
| February 10, 2003 | POS Share Withdrawal | 1874 Ocean Road | $93.45 |
| February 15, 2003 | POS Share Withdrawal | 1900 Ocean St | $71.96 |
| February 22, 2003 | POS Share Withdrawal | 1874 Ocean Road | $15.88 |
| February 22, 2003 | POS Share Withdrawal | 35 Columbia Rd | $84.83 |
| March 8, 2003 | POS Share Withdrawal | 35 Columbia Rd | $56.77 |
| March 24, 2003 | POS Share Withdrawal | 767 Cushing Hwy | $33.01 |
| | | | **$21,204.58** |