UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10297-RWZ |
| ) | |
| NICOLE N. BARTLETT ) | |
| ) | |
| ) | |

## DEFENDANT NICOLE N. BARTLETT'S
## MOTION FOR LEAVE TO FILE A TWENTY-ONE PAGE MEMORANDUM

Defendant Nicole Bartlett respectfully requests that this Court allow her to file a twenty-one page sentencing memorandum in order that she may set forth in full all of the factors and arguments for the Court's sentencing consideration.

NICOLE N. BARTLETT
By her attorneys,

_____
Peter E. Gelhaar, Esq., BBO #188310
Karen A. Pickett, Esq., BBO #633801
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
Tel: 617-720-2880
Fax: 617-720-3554

DATED:    May 6, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 5/6/05