UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10297-RWZ |
| | ) | |
| NICOLE N. BARTLETT | ) | |
| | ) | |

## DEFENDANT NICOLE N. BARTLETT'S
## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant Nicole Bartlett respectfully requests that this Court impound her Sentencing Memorandum, which contains references to a confidential Guardian Ad Litem report (which the relevant Probate Court has ordered may be released to this Court, but only under seal), as well as sensitive information concerning the treatment of Ms. Bartlett's nine year old son, Ryan. The memorandum also references facts from the Presentence Report in this case.

NICOLE N. BARTLETT
By her attorneys,

_/s/ Karen A. Pickett_
Peter E. Gelhaar, Esq., BBO #188310
Karen A. Pickett, Esq., BBO #633801
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
Tel: 617-720-2880
Fax: 617-720-3554

DATED:   May 6, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 5/6/05   Karen Pickett