UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10297-RWZ |
| | ) | |
| NICOLE N. BARTLETT | ) | |
| | ) | |
| | ) | |

## DEFENDANT NICOLE N. BARTLETT'S
## LETTERS IN AID OF SENTENCING

Defendant Nicole Bartlett submits the following twenty-four letters to the Court to assist it in its sentencing determination.[1]

| Tab | Author | Date |
|---|---|---|
| A | Joe Bolduc (Ms. Bartlett's brother) | February 17, 2005 |
| B | Joe Bolduc (unsolicited letter to Peter Gelhaar) | Nov. 7, 2003 |
| C | Beatrice Bates (Ms. Bartlett's mother) | Undated |
| D | Donald Bates (Ms. Bartlett's stepfather) | February 25, 2005 |
| E | Michelle Giampreto (Ms. Bartlett's sister) | February 25, 2005 |
| F | Donald Schnitzlein (prospective employer) | March 4, 2005 |
| G | Paul Donohue (Ms. Bartlett's uncle) | February 23, 2005 |
| H | Marion McLaughlin (Ms. Bartlett's neighbor) | Undated |
| I | Courtney Andrade (Ms. Bartlett's neighbor) | Undated |

---

[1] The Court previously has received from the United States Probation Office copies of reports from Donna Brugnoli, Psy.D. (Ms. Bartlett's treating psychologist); William Hevener, LICSW (Ryan Bartlett's treating therapist); and Mary Fitzgerald, M.Ed. (Ryan's school adjustment counselor).

| | | |
|---|---|---|
| J | Jeffrey Larsen (Joe Bolduc's partner) | February 17, 2005 |
| K | Richard Bolduc (Ms. Bartlett's father) | February 21, 2005 |
| L | C. Michele Dorsey, Esq. (Ms. Bartlett's attorney) | February 28, 2005 |
| M | Theresa Putnam (Ms. Bartlett's friend) | February 25, 2005 |
| N | Diane Marobella (Ms. Bartlett's friend) | January 20, 2005 |
| O | Donna E. Rand (Ms. Bartlett's friend) | April 5, 2005 |
| P | Ann Gorham (Ms. Bartlett's friend) | Undated |
| Q | Julie and Michael Coletta (Ms. Bartlett's friends) | March 5, 2005 |
| R | Stephen D. Robicheau (Ms. Bartlett's neighbor) | Undated |
| S | Kathy DiBenedetto (Ms. Bartlett's neighbor) | April 5, 2005 |
| T | Dominic Ferrante (Ms. Bartlett's neighbor) | May 5, 2005 |
| U | Sarah O'Donnell (Ms. Bartlett's niece) | March 16, 2005 |
| V | Kathryn O'Donnell (Ms. Bartlett's niece) | March 15, 2005 |
| W | Susan Barry (Ms. Bartlett's friend) | March 8, 2005 |
| X | Alexis Chessia (friend of Ms. Bartlett's niece) | March 15, 2005 |

Respectfully submitted,

NICOLE N. BARTLETT

By her attorneys,

_/s/ Karen A. Pickett_
Peter E. Gelhaar, Esq., BBO #188310
Karen A. Pickett, Esq., BBO #633801
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
Tel: 617-720-2880
Fax: 617-720-3554

DATED:    May 6, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party ~~by mail~~ (by hand)
Date: 5/6/05    Karen A. Pickett

3