UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10297-RWZ |
| ) | |
| NICOLE N. BARTLETT ) | |
| ) | |
| ) | |

### DEFENDANT NICOLE N. BARTLETT'S
### MOTION TO FILE SUBSTITUTE SENTENCING MEMORANDUM

Defendant Nicole Bartlett respectfully moves the Court to substitute the attached sentencing memorandum for the memorandum initially filed on May 5, 2005. Ms. Bartlett had moved that the initial sentencing memorandum be filed under seal, because it contained sensitive and confidential information concerning her nine year old son and also referenced a report that has been ordered by the state Probate Court to be filed only under seal. At the sentencing hearing yesterday, the Court recommended that Ms. Bartlett redact the sensitive information from her memorandum and file a substitute memorandum.

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 5/11/05   /s/ Karen A. Pickett

Respectfully submitted,

NICOLE N. BARTLETT
By her attorneys,

/s/ Karen A. Pickett
Peter E. Gelhaar, Esq., BBO #188310
Karen A. Pickett, Esq., BBO #633801
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
Tel: 617-720-2880
Fax: 617-720-3554

DATED:   May 11, 2005