UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10297-RWZ |
| | ) | |
| NICOLE N. BARTLETT | ) | |
| | ) | |
| | ) | |

NOTICE OF WITHDRAWAL

Now come the undersigned attorneys and hereby give notice that they are withdrawing as counsel of record in the above-captioned matter.

NICOLE N. BARTLETT
By her attorneys,

*/s/ Karen A. Pickett*
Peter E. Gelhaar, Esq., BBO #188310
Karen A. Pickett, Esq., BBO #633801
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
Tel: 617-720-2880
Fax: 617-720-3554

DATED:   October 23, 2007

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 10/23/07   /s/ Karen A. Pickett